**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADAM CAPLAN, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPRUCE POWER 1, LLC, a Delaware limited liability company; SOLAR SERVICE EXPERTS LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:25-cv-09725 EKL (SVK)<br><br>**ORDER RE JOINT STATEMENT REGARDING DISCOVERY DISPUTE**<br><br>**Re: Dkt. 41** |

Before the Court is the Parties' Joint Statement Regarding Discovery Dispute concerning Plaintiff's First Set of Requests for Production to Defendants Spruce Power 1, LLC ("SP1") and Solar Service Experts LLC ("SSE"). Dkt. 41. Having considered the Joint Statement, the disputed requests and responses, and the relevant law, the Court finds that this matter may be resolved without oral argument. Civ. L.R. 7-1(b). The Court ORDERS as follows:

1. **RFP No. 6.** RFP No. 6 is overbroad as to parties and subject matter and, for the reasons identified by Defendants, is unduly burdensome and as such is not proportional to the needs of the case. Accordingly, RFP 6 is limited to government investigations concerning Performance Guarantee or True-Up credits involving only SP1 or SSE. Within 30 days of the date of this Order, SP1 and SSE shall each produce any non-privileged documents within its possession, custody, or control concerning any such investigation, or serve a supplemental response stating that no responsive documents exist. Defendants' production of the public record of the Connecticut Attorney General's action against Spruce Power 3, LLC satisfies their obligations as to that matter. Plaintiff's request is otherwise **DENIED**.
2. **Interrogatory No. 1.** Plaintiff's request to set a date certain for production is **GRANTED**. Within thirty (30) days of the date of this Order, SSE shall serve a verified supplemental response stating the number of prepaid PPAs containing a Performance Guarantee provision that SSE serviced for properties in California during the class period.

IT SO ORDERED.

Dated: November 20, 2026

Susan van Keulen

SUSAN VAN KEULEN
United States Magistrate